UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Criminal No.: 14-cr-10363-RGS-7 |
| v. | ) ) |  |
| (7) SHARON P. CARTER, | ) ) |  |
| Defendant. | ) ) |  |

## NOTICE OF CHANGE OF FIRM ADDRESS

Please be advised that Michael J. Pineault, counsel of record for Defendant Sharon Carter, gives notice of his new firm address:

> Michael J. Pineault (BBO #555314)
> CLEMENTS & PINEAULT, LLP
> 225 Franklin Street, 26th Floor
> Boston, Massachusetts 02110
> Tel.: (857) 445-0133
> mpineault@clementspineault.com

Respectfully submitted,

*/s/ Michael J. Pineault*
Michael J. Pineault (BBO #555314)
CLEMENTS & PINEAULT, LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel.: 857.445.0133
mpineault@clementspineault.com

Dated: April 19, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2019, I electronically filed the foregoing using the CM/ECF system, which will send electronic mail notification to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

            */s/ Michael J. Pineault*
            Michael J. Pineault